IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALCORN COMMUNICATIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 12-576-SLR |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| IMPLIX USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the time within which Implix USA Inc., must move, answer or otherwise respond to the Complaint is extended through and including July 13, 2012.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Stamatios Starmoulis | [signature] |
| Stamatios Stamoulis #4606 | Patricia S. Rogowski (# 2632) |
| stamoulis@swdelaw.com | Keith A. Walter, Jr. (# 4157) |
| Richard C. Weinblatt #5080 | 1007 N. Orange Street |
| weinblatt@swdelaw.com | P. O. Box 2207 |
| Two Fox Point Centre | Wilmington, DE 19899 |
| 6 Denny Road, Suite 307 | (302) 658-9141 |
| Wilmington, DE 19809 | progowski@cblh.com |
| (302) 999-1540 | kwalter@cblh.com |
| | |
| *Counsel for Plaintiff* | *Attorneys for Defendant Implix USA Inc.* |
| *Alcorn Communications LLC* | |

SO ORDERED this ____ day of _____, 2012

_____
United States District Judge

4781020